*E-FILED - 4/29/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN WILLIAMS, | ) | No. C 05-1810 RMW (PR) |
| Petitioner, | ) | **JUDGMENT** |
| vs. | ) | |
| D.L. RUNNELS, Warden, | ) | |
| Respondents. | ) | |

The court has granted respondent's motion to dismiss the petition as untimely. Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of his petition. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 4/28/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\hc.05\Williams810.jud.wpd          1